DANIEL G. BODEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) THEODORE R. MALONEY, ) ) Defendant. ) ) ) | Case No. |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Duane K. Thompson and Marie K. N. DeBonis to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Thompson and Ms. DeBonis are attorneys with the United States Securities and Exchange Commission, an agency of the federal government. Mr. Thompson is a member in good standing of the Bar of the District of Columbia (Bar No. 376180). Ms.

DeBonis is a member in good standing of the Bar of the District of Columbia (Bar No. 491358). Attorney contact information is as follows:

| | |
|---|---|
| Duane K. Thompson<br>Assistant Chief Litigation Counsel<br>Securities and Exchange Commission<br>100 F Street, N.E.<br>Mail Stop 4010<br>Washington, D.C. 20549<br>(202) 551-7159 (phone)<br>(202) 772-9244 (fax)<br>thompsond@sec.gov | Marie K. N. DeBonis<br>Senior Counsel, Division of Enforcement<br>Securities and Exchange Commission<br>100 F Street, N.E.<br>Mail Stop 5010A<br>Washington, D.C. 20549<br>(202) 551-4516 (phone)<br>(202) 772-9230 (fax)<br>debonism@sec.gov |

Accordingly, the United States respectfully requests that an order be issued allowing Duane K. Thompson and Marie K. N. DeBonis to practice before this honorable Court.

DATED this 5th day of January, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 18, 2011