UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) THEODORE R. MALONEY, ) ) Defendant. ) ) | 2:11-cv-075-RLH-RJJ **ORDER** |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on July 5, 2011, August 29, 2011, and October 24, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this  19th  day of May, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judg