UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 2:11-cv-75-RLH-RJJ |
| vs. | ) ) | |
| THEODORE R. MALONEY, | ) ) | O R D E R |
| Defendant, | ) ) | |

This matter is before the Court on a Motion to Withdraw as Attorney of Record (#28) and Motion to Withdraw as Counsel of Record (#33) filed by attorneys for Defendant Theodore R. Maloney.

The Court having reviewed the Motions (#28) and #33) and good cause appear therefore,

IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney of Record (#28) and Motion to Withdraw as Counsel of Record (#33) filed by attorneys for Defendant Theodore R. Maloney are GRANTED.

IT IS FURTHER ORDERED that counsel shall transfer the file to defendant Theodore R. Maloney forthwith.

IT IS FURTHER ORDERED that a status hearing is scheduled for January 5, 2012, at 11:00 AM in LV Courtroom 3D, 3d floor Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada. **Defendant Theodore R. Maloney is required to be present in court for this hearing.** Failure of Defendant Theodore R. Maloney to appear in court for this hearing may result in a default judgment being entered against him.

1   IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on Defendant
2   Theodore R. Maloney by certified mail, return receipt requested (Defendant's address can be
3   found in the Motion (#28)).
4   DATED this  8st   day of December, 2011.

```
                                    _____
                                    ROBERT J. JOHNSTON
                                    United States Magistrate Judge
```