IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff(s),<br><br>vs.<br><br>THEODORE R. MALONEY,<br><br>　　Defendant(s), | 2:11-cv-75-RLH-RJJ<br><br>**SETTLEMENT CONFERENCE**<br><br>**ORDER** |

　　This case is currently stacked on the calendar of   OCTOBER 15, 2012   for a jury trial.

　　ACCORDINGLY, IT IS ORDERED that this case is hereby referred to Magistrate Judge   ROBERT J. JOHNSTON   for a settlement conference.

DATED this  19th  day of  March ,  2012 .

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE