**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>vs.<br><br>THEODORE R. MALONEY,<br><br>          Defendant. | 2:11-cv-00075-MMD-VCF<br><br>**ORDER** |

Before the Court is *U.S. Securities and Exchange Commission v. Theodore R. Maloney*, case no. 2:11-cv-00075-MMD-VCF.  On November 5, 2013, Plaintiff filed a motion to convene a status conference and a letter requesting same (#'s 88 & 89).  Plaintiff states that Defendant Maloney failed execute the necessary settlement documents.  Defendant also failed to provide necessary supporting documentation to the Commission's staff.

Plaintiff requests a telephonic appearance at the status conference.  The Court finds that in the interest of reduction of travel costs for the Plaintiff, the telephonic appearance at the status conference is granted.

IT IS HEREBY ORDERED that Plaintiff's Motion to Convene a Status Conference (#89) is GRANTED.

IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 a.m., December 5, 2013 in Courtroom 3D.

IT IS FURTHER ORDERED that Mr. Duane K. Thompson may appear telephonically for the status hearing scheduled for 10:00 a.m., December 5, 2013.  Counsel must call from a land line five (5) minutes prior to the start time.  The call-in conference number is 702-868-4911, passcode 123456.

IT IS FURTHER ORDERED that Defendant Maloney must appear in person at the status conference scheduled for 10:00 a.m., December 5, 2013 in Courtroom 3D, Lloyd D. George U.S. Courthouse, U.S. District Court, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

DATED this 6th day of November, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE